**UNITED STATES DISTRICT COURT**
                **FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                               Case No. 05-cr-117-01-PB

<u>**Richard Hawes**</u>

### **O R D E R**

     The defendant has moved to continue the March 7, 2006 trial in the above case, citing the need for additional time to finalize plea negotiations.  The government does not object to a continuance of the trial date.

     Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from March 7, 2006 to April 4, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 22, 2006 final pretrial conference is continued until March 24, at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 17, 2006

cc: Bjorn Lange, Esq.
    Helen Fitzgibbon, Esq.
    United States Probation
    United States Marshal